FILED
2025 Apr-25 AM 11:24
U.S. DISTRICT COURT
N.D. OF ALABAMA

AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Northern District of Alabama

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. |
| Efren Gimenez-Gimenez | ) | Mag. No. 25-298 |
| | ) | |
| | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of **April 16, 2025** in the county of **Shelby** in the **Northern** District of **Alabama**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. 1326(a) | Illegal Reentry of a Previously Removed Alien |

This criminal complaint is based on these facts:
See attached affidavit.

☑ Continued on the attached sheet.

_Complainant's signature_

George Hassell, Deportation Officer, ICE
_Printed name and title_

Telephonically sworn to before me and electronically signed on

Date: 04/25/2025

_Judge's signature_

City and state: Birmingham, Alabama

Gray M. Borden, United States Magistrate Judge
_Printed name and title_

## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, George Hassell, being duly first sworn, depose and say:

1. I am a Deportation Officer with United States Immigration and Customs Enforcement ("ICE") Enforcement Removal Operations ("ERO") within the United States Department of Homeland Security ("DHS"). I have served as a Deportation Officer with ERO since April 2022. I am currently assigned to the ICE-ERO – Birmingham, Alabama, sub office in the New Orleans, Louisiana, area of responsibility, and part of my duties include investigating violations of Title 8 of the United States Code ("U.S.C."), including illegal reentry and related offenses.

2. This affidavit is made in support of a criminal complaint against Efren Gimenez-Gimenez and sets forth the probable cause that Gimenez-Gimenez, a native and citizen of Mexico, illegally re-entered the United States after deportation, in violation of 8 U.S.C. § 1326(a).

3. This affidavit is based upon my personal knowledge, experience, and investigation, as well as information relayed to me by other federal and state law enforcement officers in the course of their official duties. Because this affidavit is submitted for the limited purpose of supporting a criminal complaint and arrest warrant, I have not included all information known by me or other investigators. Instead, I have set forth only those facts I believe are essential to establish probable cause for the complaint and warrant.

1

4. On or about April 16, 2025, Gimenez-Gimenez was arrested by the Calera Police Department in Calera, Alabama, within the Northern District of Alabama, for Leaving the Scene of an Accident with Injuries.

5. On April 18, 2025, Gimenez-Gimenez entered ICE custody. A fingerprint-based search of immigration and law enforcement databases revealed that Gimenez-Gimenez is a native and citizen of Mexico without any legal immigration status in the United States. These records further show that Gimenez-Gimenez was originally ordered removed from the United States on March 19, 2010, and was, in fact, removed from the United States to Mexico on March 19, 2010, through Nogales, AZ, as evidenced by the fully-executed Immigration Form I-205 contained in Gimenez-Gimenez's Alien File.[1]

6. Furthermore, I reviewed Gimenez-Gimenez's Alien File and those records did not contain any documentation showing that he has applied for or received permission from the Attorney General of the United States, or the Secretary of the Department of Homeland Security, for admission to the United States following his most recent removal. Had Gimenez-Gimenez made such an application, that fact would be reflected in his immigration records. Lastly, I have no reason to believe that Gimenez-Gimenez was in the

---

[1] This I-205 form contains the authorization and pertinent statutory or regulatory authority for the individual's removal and the individual's photograph and right-index fingerprint along with information showing the date, manner, and location of the individual's removal from the United States.

2

Northern District of Alabama involuntarily when he was arrested on or about April 16, 2025.

7. Based on the above facts, your affiant believes that there is probable cause to establish that Gimenez-Gimenez has violated 8 U.S.C. § 1326(a).

_____
George Hassell, Deportation Officer
U.S. Department of Homeland Security

*Digitally signed by GEORGE W HASSELL Date: 2025.04.25 11:13:50 -05'00'*

Sworn to telephonically and subscribed electronically this the 25th day of April 2025.

_____
Gray M. Borden
United States Magistrate Judge

3