FILED
2025 May-08 PM 02:14
U.S. DISTRICT COURT
N.D. OF ALABAMA

PFE/BAJ May 2025
HBO GJ# 9

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| **v.** | ) |
| | ) |
| **EFREN GIMENEZ-GIMENEZ** | ) |

## INDICTMENT

The Grand Jury charges that:

### COUNT ONE
*Illegal Re-Entry After Removal*
**[8 U.S.C. § 1326(a)]**

On or about the 16th day of April 2025, in Shelby County, within the Northern District of Alabama, and elsewhere, the defendant,

**EFREN GIMENEZ-GIMENEZ,**

an alien, was found to be voluntarily in the United States, after having been previously removed from the United States on or about October 1, 2012, and not having obtained the consent of the Attorney General of the United States or his/her successor, the Secretary of Homeland Security of the United States, for re-application by the defendant for admission into the United States, in violation of Title 8, United States Code, Section 1326(a).

## COUNT TWO
*Failure to Register*
**[8 U.S.C. § 1306(a)]**

Beginning on or about a date unknown and continuing until at least on or about the 16th day of April 2025, in Shelby County, within the Northern District of Alabama, and elsewhere, the defendant,

**EFREN GIMENEZ-GIMENEZ,**

was an alien required to apply for registration and to be fingerprinted in the United States, but willfully failed and refused to file an application for such registration and to be fingerprinted, in violation of Title 8, United States Code, Section 1306(a).

A TRUE BILL

*/s/ Electronic Signature*
FOREPERSON OF THE GRAND JURY

                                                PRIM F. ESCALONA
                                                United States Attorney

                                                */s/ Electronic Signature*
                                                BRETT A. JANICH
                                                Assistant United States Attorney